IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH MICHAEL DAVIS,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5041

Opinion filed August 14, 2017.

An appeal from the Circuit Court for Escambia County.
Darlene F. Dickey, Judge.

Bruce A. Miller, Public Defender, and Thomas F. McGuire, III, Assistant Public Defender, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  DISMISSED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.